*29*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Case: 2:18-cv-13826
Judge: Drain, Gershwin A.
MJ: Grand, David R.
Filed: 12-10-2018 At 04:31 PM
CMP ADAMS on behalf of TJS v SORRELL, ET AL (dat)

Amanda Adams on behalf of TJS.

*(to be filled in by the Clerk's Office)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

v. Tasheka Sorrell
William Ford
State of Michigan (CPS)
Ms. Peirce Personal/Professionally
Ms. Bell Personal/Professionally
Ms. Gaines Personal/Professionally

et al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Amanda Adams on behalf of minor TJS |
| Street Address | 9171 Riverdale |
| City and County | Redford        Wayne |
| State and Zip Code | MI      48239 |
| Telephone Number | 313  685-9597 |
| E-mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tasheka Sorrell |
| Job or Title (if known) | |
| Street Address | 25100  Schoolcraft |
| City and County | Redford        Wayne |
| State and Zip Code | MI      48239 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | State of Michigan  Child Protective Services |
| Job or Title (if known) | |
| Street Address | 13233 Hamilton Ave |
| City and County | Highland Park        Wayne |
| State and Zip Code | MI      48203 |
| Telephone Number | 313 402-1380   313 852-1700 |
| E-mail Address (if known) | |

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Ms Peirce |
| Job or Title (if known) | CPS worker |
| Street Address | 13233 Hamilton Ave |
| City and County | Highland Park Wayne |
| State and Zip Code | MI 48203 |
| Telephone Number | 313 727-9460 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Mrs. Bell |
| Job or Title (if known) | CPS Supervisor |
| Street Address | 13233 Hamilton Ave. |
| City and County | Highland Park Wayne |
| State and Zip Code | MI 48203 |
| Telephone Number | 313 852-1700 |
| E-mail Address (if known) | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st amendment prohibited from free exercise of religion 8th amendment cruel and unusual punishment inflicted 14th amendment deprived of life, liberty and pursuit of happiness and deprived of equal protection under the law.

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.      If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

To be determined by Judge or Jury.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Failure to protect
Violation of Human Rights
Violation of Constitutional Rights
Title 18 USC Section 241 & 241, 242
refused to apply human Rights
There has been injury and harm
to the plaintiff from the defendant in this case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

emancipation from parents, and state of michigan children Protective Services. due to fraud upon the court committed by defendant that has been detrimental to the plaintiff.

The plaintiff wants to live without the interference of the defendants without retaliation from defendants. Plaintiff is mature, cognizate, intelligent, wise enough to live without intrusion of defendants in her life

Plaintiff does have a solid plan and is executing in her best interest which is far greater than what the defendants have shown, proven and clear.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  12-10                , 20 18 .

Signature of Plaintiff      Amanda Adams on behalf of minor child TJS

Printed Name of Plaintiff    Amanda Adams on behalf of minor child T.J.S.

6

December 1st ,2018

**Notice to Principal is Notice to Agent**
**Notice to Agent is Notice to Principal**

**Case Number 18-001743**

**Petition #18-002515-NA**

**AFFIDAVIT OF TRUTH**

I, Amanda Adams, of the House of Scott , being a living breathing soul and one of the people of the the State of Michigan do hereby present to you my NOTICE of Truth and Facts for the purpose of correcting any and all records. This is NOTICE and DEMAND that said records be corrected to reflect the truth of my status.

ANY and ALL claims of any such adhesion contract being in existence anywhere are based upon a fraud and anyone perpetuating a fraud is guilty of aiding and abetting a fraud as well as perjury of oath. I have never entered into any contract with any corporate government knowingly, intentionally, or voluntarily. No such contract could be valid as such a contract would be between unequal parties with no opportunity for negotiation of terms. A valid contract would require the signatures of both parties, valid and valuable consideration, full disclosure of facts, and a meeting of the minds. No such document exists.

Be it known to all who call themselves "government," their "courts," agents, and other parties, that I,

Amanda Adams , am a natural, freeborn individual, without subjects. I am neither subject to any entity

I am not a "person" as defined in "statutes" when such definition includes "artificial entities." I refuse to be treated as a "federally" or "state" created entity which is only capable of exercising certain rights, privileges, or immunities as specifically "granted" by "federal" or "state" "governments."

I may voluntarily choose to comply with the "laws" which others attempt to impose upon me, but no such "laws," nor their "enforcers," have any authority over me. I am not in any "jurisdiction," for I am not of subject status.

Unless I have wilfully harmed or violated someone or someone's property without their consent, I have not committed any crime, and am therefore not subject to any penalty.

Thus, be it known to all, that I reserve my natural right not to be compelled to perform under any "contract" that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the "liability" associated with the compelled and pretended "benefit" of any hidden or unrevealed "contract" or "commercial agreement."

As such, the hidden or unrevealed "contracts" that supposedly create "obligations" to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden "contracts," I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance," because of the absence of full disclosure of any valid offer, and voluntary consent without misrepresentation or coercion. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, from the beginning.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights, and, as such, take notice that I revoke, cancel, and make void from the beginning my signature on any and all "contracts," "agreements," "forms," or any "instrument" which may be construed in any way to give any agency or department of any "government" any "authority," "venue," or "jurisdiction" over me.

## REVOCATION OF POWER OF ATTORNEY

I hereby revoke, rescind, cancel, and make void from the beginning, all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to, as it pertains to my "birth certificate," and as it pertains to any and all other numbers, "licenses," "certificates," and other "instruments" issued by any and all "government" and quasi-"governmental" departments or agencies, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty, family and/or property.

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or "gratuity" associated with any instruments." My use of any such numbers, "licenses," "certificates," or other "instruments" has been for information purposes only, and does not grant any "jurisdiction" to anyone.

I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in "law" or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possess allodial title to any and all such property.

Take notice that I also revoke, cancel, and make void from the beginning all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, "governmental" departments, agencies or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

I, Amanda Adams do so now correct all documents made under duress and coercion pertaining to the misleading elements in Case Number 18-001743 and Petition #18-002515-NA. Children Proctective Service and State of Michigan Corparation were supposed to investigate the numerous child abuse and neglect reports concerning Tamiya Sorrell.The intial CPS report came from Thurston HS regarding the abuse and neglect of Tamiya Sorrell they noticed elements of abuse and neglect and as mandated reports they did make there report as a result of CPS investigation they failed to follow up on possible retalation against Tamiya.

The child abuse,neglect and failure to provide occured when the (Birth Mother) Tasheka Lashunn Sorrell retaleaited againts Tamiya from the intail CPS report from Thurston HS residing at 25100 Schoolcraft Rd. Redford MI ,48239.

I Amanda Adams on several occasion have rescued Tamiya from horrible, ungodly, pitful situations which no child should have to go through.My neice Elise was placed with me in a safety plan and they were friends along with several other child that all hung out together.Because the children knew and particpated in activities together i knew Tamiya.

I recieved a frantic, emergent call from Tamiya  around April 2018 stating her mom (Tasheka ) made her take her bra and panties off after beating her up as those were her belongs as she(tasheka) paid for them and told her to get out. Tamiya was crying scared and hysterical as she did not  know what to do. I arrived at white castle walked in tamiya was sitting at a table tears running down her face shivering and shaking as she was so distrought by what had happened. she was unable to even put her winter coat on because she was forced out of the house.I hugged her wiped her face and put tamiya in my car to tell me what happened.As her mother (Tasheka) put her out. Tamiya indicated that her mom (tasheka) and Ms. Peirce had conspired to create a paper trail using false alligations to set the tone for their conspirency. Tasheka has taken tamiya downtown to Juvenile dentetion to attempt to just drop her there and also Vista Maria both told Tasheka they were unable to take tamiya as she has no record in school out of school isn't on drugs isnt a problem child and (Unknown) to me the mother (Tasheka )has been filing false run away reports on tamiya with the guidance of CPS worker Ms. Peirce to cover up her (tasheka) actions.When i arrived home i was met with a redford police and Tasheka in their cars. (Tamiya and Elise are very good friend) . I talked with the Officer regarding what happened and he spoke with Tamiya with tears running down her face he made her(Tamiya) get in the car with her mom.

On another occasion i have picked Tamiya up from a Dunkin Donuts after walking more then a mile in the rain wet,cold and barefoot where they gave her food and shelter and the worker at Dunkin Donuts there felt so bad for tamiya being barefoot and wet she gave tamiya her shoes until i arrived. Once i saw her soaking wet dishvilled and crying my heart broke how can anyone do this to a child.I took her to my home allowed her to take a hot shower and gave her warm dry clothes to put on.

I also have physcially seen Tasheka choke and throw her daughter (Tamiya) on the ground outside thier home as i was driving my child to school . I stopped as my child also saw it and was in shock and feared for her she is so tiny and fragile to see her mother (Tasheka) standing over her punching her i was terrified. Tamiya brother was able to get their mother (Tasheka) off tamiya.Tamiya began walking i stopped in a driveway to see if  tamiya was alright again Tamiya had no coat on, Tamiya was crying her brother was trying to talk to tamiya and tell his mom (Tasheka) to let her just go to school and leave her alone. I called Tamiyas grandmother (Sheila) as the police had already been called from a passer by. Sheila arrived put tamiya in her car and was yelling at Tasheka for doing all this nonsense and Tasheka you can't keep hitting her. Tamiya was in the same clothes i had given

her days ago from the prior incident at dunkin donuts.

I have provided money on the lunch books at school so tamiya could eat lunch as family refused to fill out paperwork or provide money for her to eat. I have had to replace clothes that Tasheka has bagged up as she states our her's she (Tasheka) paid for them she can have the clothes you bought her Amanda ,I am not doing anything for tamiya (Tasheka). Tasheka has reached out to me several times in a violent matter regarding Tamiya, Tasheka has given my number out to multiple people and my son's also. Tasheka called sounding drunk screaming and yelling at me regarding CPS and has asked me if i wanted to "fuck her daughter"(Tamiya) she was drunk and clearly has some deep seeded issues to think something like that  I told Tasheka she should try to just listen to what Tamiya has to say and to go to counsling and they both need it, as CPS suggested and maybe that could be the first step into trying to fix all these issues. Tasheka replied she doesn't need counsling. But will  go only for Tamiya as tamiya is the  crazy one who needed counsling i did say Tasheka you should at least try .

As Tamiya has informed me along with her friends that have made me aware as well, Tamiya would often be put outside of the house her mother (Tasheka) would lock her out on multiple occasions Tamiya has attempted to sleep but was extremely vulernable and in fear on the porch, in the park on a playscape in the dark cold and alone having to watch her surroundings and fearful that or someone would do something to her.

I got a call from a stranger at a gas station telling me where Tamiya was and she looks hurt, hysterical and in pain. i went up there as i have done several times to make sure this Chid was safe  she was not again tamiya was bare foot cold and crying and hunched over in pain from being hit in her stomach all i could do is grab her hug her and tell her it will get better, i cried with her as i have tried some many times not too because the level of abuse is unfatheble. I try to keep her strong i gave her my phone and had her call the Redford Police  i also reached out to her Aunt Deon and begging and crying for her to step in and help her neice something has to change. Deon said she was on the way but also said she can't permnanly keep tamiya Redford Police took Tamiya back to there house and Tasheka was arrested and Deon took Tamiya home and called me to let me know she had Tamiya, that weekend Deon brought TaMiya to my house we talked and agreed to keep in touch regarding Tamiya.

Tasheka was released from a 72 hour hold after being arrested and requested Tamiya be taken from Deon because of personal issues between them. fact is Tamiya was safe with her Aunt Deon and CPS Ms. Peirce took her out of that safe enviroment and returned her to mom (Tasheka).

Once again i was called to rescue her. Tamiya was then sent to her brother's baby mom's house again being in another unsafe situation sleeping in a bed with other child ,no food for any of the children and a strange man there she didn't know. how can any parent have there child let alone there young daughter in a place with a strange man but as Tamiya put this again was retaliation for CPS involvement. Tamiya called me crying and all i could do is cry with her and try to uplift her to hold her head up high and encourage her that her life was meaningful and deserved.I was on vacation at this time a thousand miles away feeling helpless and again was terrfied for Tamiyas safety. I again called and made another CPS report regarding this new situation. Again all under the care of Child Protective Services and the State of Michigan Corparation and their CPS worker's. I also emailed Officer Cooper with the Redford Police station making him aware of another incident as he was in Michigan . Officer Cooper told me if she comes to me and i feel she is unsafe i have the legal right to house her. I have made 8 different reports regarding different and more elevated abuse to the point the person taking these reports were scared and terrified and felt bad for tamiya. How can people that don't know this child

(Tamiya) care more about her safety then her own family.

Another incident Tamiya went to school on Friday morning and let her brother and grndmother (Sheila) know she was going to attend the school football gme after school as it was the lst game and she couldn't cheer she wanted to support her team as her mother had pulled her off of the cheer team again retalition for CPS reports.After the game another parent went to drop tamiya off at home 25100 Schoolcraft Rd Redford MI , 48239. Tamiya used her key to the home and couldn't unlock the door we  also tried to get the key to work and the locks were changed. I was called as i was dropping another child off from the parent dropping off tamiya who told me she was unable to get into her home.I arrived and waited with the other parent for 45 mins in which no one answered the door or phones.The friend from schools mom took tamiya home and brought her back later where she still was unable to get into her home. The parent wasnt going to just leave tamiya outside so she took her home for the night so tamiya was safe.Saturday morning i picked Tamiya up and again took her back to her house trying her key again was unable to get into her home and no one was home. I took her back to my (Amanda) home. Several more times throughout the day myself,the friends parent and my cousin took tamiya back to her house to get into her home no one answered the phone or was home. Sunday again collectively as parents myself and the friends parent went back and forth to tamiya's home trying to see if anyone was there and able to let her into her home. Several failed attempts all weekend i made another CPS report to the hotline regarding 72 hours without  Tamiya being able to gain access to her home and no call backs from Tasheka , Sheila or any calls from neither Tasheka or Sheila i reported it as abadonment. It was not until after 6 pm on Sunday did Redford police show up to my home as they often did with the false run away reports being made by Tasheka regarding Tamiya. I explained to the officer what had transpired all weekend and he agreed it was neglect and abadonment and said i did right by calling and making a report. He took Tamiya home. During this weekend Tamiya cried wondering what it was she did so wrong for all of her family to turn their backs on her as she was not the person that made the report it was the school." Why am i being punished like this is all she could say" and that she felt like if she could just make herself invisable it would be better she can't take all of this mistreatment. I told her she did not deserve this and let the CPS workers figure it out. "Tamiya said but their not there not doing anything and things keep happening to me what would happen to me if you werent here and Karrissa". Tamiya said she would probably be kidnapped or dead by now. I reassured tamiya i would keep supporting her and not allow those things to happen to her as God has the final say with what happens with all his children. I could see Tamiya growing more and more fragile as the days and weeks went on her mental and emotional status almost depleated and me feeling like i was in a nightmare as well i started doing internet searches trying to find someone in Lansing i could speak with to get this terrifying nightmare to end for tamiya.

After numerous reports and incompient investigations (the police have documented the abuse and neglect but CPS has failed too) Feeling fed up and as if Tamiya was being let down by CPS  and the State of Michigan i sent a facebook message to Mr. Bob Wheaton regarding my concerns for her safety it wasn't until Mr. Wheaton read my email did things start getting looked into i was contacted by several higher ups at the district Adam Baker, Mrs. Ray.


  And then i recieved a call from Ms. Peirce stating a retalatory report was made against me by (Tasheka) (Tamiya's) mother on me (Amanda) pertaing to my child's safety during this call i made Ms. Peirce aware that it is a conflict of interest for her specifically to be calling me regarding a false report on me as she has spoken to

me several times regarding Tamiya Sorrell. I then placed a call to her supervisor Ms. Bell expalining the conflict of interest and without me even saying any names she knew exactly who i was and mentioned Tamiyas name saying she doesn't pick which worker is assigned to a report and hung up on me. The next day i recieved a call from Ms. Marks of CPS saying she was assigned to the report against me. i informed her she did not have my consent to go to my child school and or speak to my minor child without me being present we agreed to meet that day i picked my child up from school and went home to meet her. Ms. Marks looked at my home complimented me on my living room  (She loves the colors) Ms. Marks was showed my childs room,clothes in 2 closets,flushed toilet, turned water on,looked in fridge and even showed her my stocked cabinets. Ms. Marks made a face like why am i here said she would be in contact she has 30 daysto close a case his was on 10/11/18.

Few weeks went by Tamiya was removed from her mother and placed in foster care with (Joan Williams), when i recieved another call from Ms. Marks who i thought was updating me about this retalatory report made against me but no she spoke of Tamiya and a phone i gave her to make sure if she was ever in a unsafe or harmful situaion she was able to call 911. So i asked Ms. Marks are you acting on behalf of a case on me or on behalf of someone else she then told me  both cases were being looked at together and again i ask what did this call have to do with my case and my son she couldn't answer. She told me either i get the phone back from Tamiya or they will and i can get it from them. i told them that is my property you do not have my consent to touch ,take ,hold onto,keep or anything else or i will report it stolen. I asked when i would recieve a follow up regarding my case and she told me they're opening an investigation she would follow up next week. I asked on why was the investigation being open and was told nothing. It's been over 30 days and they are fully aware that my house was already deemed a safe place from her district for my neice. (My home has been Certified safe and acceptable by child protective services in several counites).I have reported each and every incident regarding Tamiya with school,CPS,Officer Cooper and Redford Police. I am in the health care professional and its my duty to report and i followed the protocol regarding tamiya and any other child.

3 weeks went by now we are was past the 30 day mark to close the retalitory case and a false report filed by the abusive mother (Tasheka) still remains open and combined with a case has nothing to do with me. i made reports pertaining too Tamiya as a mandated report as i am in the health care profession. It was my neice  and son and other children who brought these matters to my attention and they told Tamiya to reach out to me. a safety plan was in place for my neice to live in my home thru Highland park CPS  Ms. Johnson my home was approved as a safe place. I listened to Tamiya crying ,shaking not being able to eat or sleep and felt like she just thought her life wasn't worth anything i grew a  bond and relationship with her i supported her listened to how she felt and encouraged her with positive words showed her a different type of parent and support to keep her off the edge and a confidont to her as she still is afraid i have feed her daily shes showered at my house i have held her when she can't pick her head up because she is so drained emotionally and mentally. I have extended my home to tamiya as a safe place to finish school and assist with the emanciaption process for her to graduate school, work, and learn all the indenpdant skills she needs to be on her own when she enters college. Tamiya is a very well behaved child she has no issues in or out of school, doesn't do drugs party or drink. Tamiya is focused on school getting a job (which we got and she was unable to start) under my direction she found employment which would help elevate the stress of home, but Tasheka wouldn't allow her the neccassary documents needed.( Birth Certificate,Social security card and state ID) At the begining of this school year Tamiya filled out a new emergency contact card at Thurston HS with my information on it as a emergency contact for her. Her grandmother (Sheila) signed off on it and after buying all tamiyas school supplies and clothes(Amanda),  sheila(Grandmother) welcomed and invited me to  me to drop them off to them. I have been

the one consitent person in tamiyas life (over the last year)  to support her and care for all her needs i am tamiyas safe place as ive been told many times by her and i have opened my heart my life and home to her as if she was my own child until she reaches college. The issues is i grew up a state ward i saw a child going through things i could relate too and it was a normal reaction for me to support her and make sure she was safe. Feeling as defeated as Tamiya does i sincerely hoped that when i reached out to Mr. Wheaton things would get better for Tamiya but they didn't . I have watched Tamiya go thru so much abuse,neglect inso many different ways while under the care and supervision of CPS and her mother (Tasheka) and foster care.  I thanked God that Tamiya was removed from the abusive and neglectful home i was relieved to know she would get the proper help she needed and to be safe.

 It sickens me that Tamiya was placed with a licensed foster parent and verbally assualtd on a day to day basis and have to hear the rasicms and to just be stuck feeling uncomfortable to move in this persons home because of color of her skin doesn't suit you (Joan Williams) It is wrong to make them sleep with their coats on to avoid turrning on heat this is again abused and neglect and then to have this foster parent(Joan Williams) violently,physically shaking and grabbing tamiyas arm and scratching tamiya, after everthing that tamiya has already had to endure another horiffic trauma again.No one did anything it is unacceptable.CPS and the State of michigan corparation have done a servere injustice to Tamiya the trauma she's endured had to deal with hasn't been addressed with therapy or counsling so it just sit within her day in and day out.

I grew up in this same system and it was broken then and has became more apparent now it's more broke then ever. Tamiya is traumatized by all of this and again i feeling  hopeless some days,my heart weeps for her because no one cares.  Tamiya need to be loved,supported ,feel safe and secure tamiya does excellent in school and needs to be invovled in the things she loves Cheerleading and other sports. (i paid for cheerleading for tamiya thru the school which her grandmother approved cheerleading she offered to buy the shoes as that was the only thing i had yet to purchased)Tamiya's aunt Deon was fine with me being there and providing things tamiya needed. As Tasheka has told me she is fine with me buying her clothes as they are the only clothes she will have.Sheila (grandmother) was also acceting of all i was doing for tamiya and then backed off as things went on and tamiya wanted to go o court. Sheila chose to stand by her daughter Tashekas side leaving tamiya to fend for herself. she wants and needs to be somewhere stable. Tamiya also needs therapy which no one has been able to get set up for her, either they don't care or just don't want too.tamiya has been through abuse from her mother (Tasheka).CPS and the people who were supoose to protect her.

Her foster care worker who removed tamiya from the foster home. also violently,grabbed and snatched tamiya and took a phone from her hands and stole her phone Tamiya ask for her phone back and was told she wasn't getting it back.I (Amanda) purchased and pay the monthly bill on Tamiya's phone so if she needs o call 911 she is able to do so. Under Cps and Foster care she was placed in a temporary shelter and went missing. After the police came to my home and searched to see if she was there i also recieved a call from her foster care worker asking if i had heard or seen Tamiya. I rold Ms. Gaines the last time i saw her she was in the back of your van and asked where Tamiya was she stumble over her words and i asked her if she losted her i was told she could not tell me anything. Tamiya's family has reached out witha phone call asking have i seen tamiya people are driving by parking in front of my house. I recieved a call from Tamiya saying she was safe but she can't take anymore of CPS and the State saying what they were going to do and haven't. Tamiya can't force (Tasheka) mom to stop drinking or gambling and her (Deon)  aunt would be harrassed if tamiya was to at her aunt Deons home. Tamiya looked into emancipation and wants to go forward with it. Tamiya said she loves me and wants to come home to me (Amanda). I told Tamiya to fill out an affadavit and send it to me and i (Amanda) will go file

an immediate injunction for her family and Children Protective services and The state of Michigan to seize and assit. Enough is Enough i will continue fighting for and support this child till the last breathe i take Tamiya will not be losted by the wayside of a broke down corrupt system that claims to have children best interest at heart beacause you don't and ive personally seen it.My intention was not to interfer in a family relationship but to encourage them to seek therapy,unity and love,but in a years time that hasn't happened.

I will assist Tamiya in the emancipation process as she is 16 on March 1,2018. Tamiya will reside (9171 Riverdale Redford MI, 48239). in my home safe,stable and secure. and able to live as normal teenage girl in her own room, attend school, attend cousling and i will provide all her clothes and any and all things Tamiya might need.and i am assisting her in getting legal counsle.

 I will not participate in circus activities designed to attack innocent people such as Tamiya Sorrell or myself (Amanda Adams) .  I made several reports to the CPS report of abuse Hotline on behalf of Tamiya Sorrell. The complaints were never fully looked into as the coarsion between Ms. Peirce and Tasheka Sorrell was already in motion. I found out both Ms. Peirce and Ms. Bell CPS officer lied. Child Proctective Services  continues to perpetuate a court case when most important elements are still missing incoplete documnets they have omitted the truth . I will not appear or participate in fraud, False files and missing reports upon the court or on behalf of Tamiya Sorrell.

Since Child Protective Services refuses to cancel a false complaint and lied to me, there is no contract. I do not consent to contract with Child Protective Services  nor it's courts because the conflict of intereest is to great.Constitutional laws have been broken by CPS and Tasheka Sorrell. I Invoke the UCC which states if there is no contract there is No Case! God lead tamiya into my life for a reason and i plan to follow him by faith to help Tamiya .

I affirm that all of the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my inalienable, Civil ,Human Biological,Indigenous rights and my specific right not to be bound by any "contract" or "obligation" which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion.

The use of notary below is for identification only, and such use does not grant any "jurisdiction" to anyone.

negotiation of terms. A valid contract would require the signatures of both parties, valid and valuable consideration, full disclosure of facts, and a meeting of the minds. No such document exists.

ANY and ALL claims of any such adhesion contract being in existence anywhere are based upon a fraud and anyone perpetuating a fraud is guilty of aiding and abetting a fraud as well as perjury of oath.

FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, and with all rights reserved,

(Printed Name:) _Amanda   Adams_.

Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

Autograph: _Amanda Adams_

Date: _12-10-18_

On this _____day of_____, _____, before me, the undersigned, a Notary Public for
_____, personally appeared the above-signed, known to me to be the one whose name
is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed:_____

Printed Name:_____

Date:_____

Address:_____

I have never entered into any contract with any corporate government knowingly, intentionally, or voluntarily.
No such contract could be valid as such a contract would be between unequal parties with no opportunity for

December 1st , 2018

**Notice to Principal is Notice to Agent**
**Notice to Agent is Notice to Principal**

**RE:  Case Number 18-001743**

**Petition #18-002515-NA**

AFFIDAVIT OF TRUTH

I, TaMiya Joy Sorrell, of the House of William,  being a living breathing soul and one of the people of the the State of Michigan do hereby present to you my NOTICE of Truth and Facts for the purpose of correcting any and all records. This is NOTICE and DEMAND that said records be corrected to reflect the truth of my status.Tamiya Sorrell Sworn Affadvit of Truth,Emancipation,Constitutional,Civil,Human,Biological indegenious Rights.

ANY and ALL claims of any such adhesion contract being in existence anywhere are based upon a fraud and anyone perpetuating a fraud is guilty of aiding and abetting a fraud as well as perjury of oath. I have never entered into any contract with any corporate government knowingly, intentionally, or voluntarily. No such contract could be valid as such a contract would be between unequal parties with no opportunity for negotiation of terms. A valid contract would require the signatures of both parties, valid and valuable consideration, full disclosure of facts, and a meeting of the minds. No such document exists.

Be it known to all who call themselves "government," their "courts," agents, and other parties, that I,

TaMiya Joy Sorrell  , am a natural, freeborn individual, without subjects. I am neither subject to any entity

I am not a "person" as defined in "statutes" when such definition includes "artificial entities." I refuse to be treated as a "federally" or "state" created entity which is only capable of exercising certain rights, privileges, or immunities as specifically "granted" by "federal" or "state" "governments."

I may voluntarily choose to comply with the "laws" which others attempt to impose upon me, but no such "laws," nor their "enforcers," have any authority over me. I am not in any "jurisdiction," for I am not of subject status.

Unless I have willfully harmed or violated someone or someone's property without their consent, I have not committed any crime, and am therefore not subject to any penalty.

Thus, be it known to all, that I reserve my natural right not to be compelled to perform

under any "contract" that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the "liability" associated with the compelled and pretended "benefit" of any hidden or unrevealed "contract" or "commercial agreement."

As such, the hidden or unrevealed "contracts" that supposedly create "obligations" to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden "contracts," I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance," because of the absence of full disclosure of any valid offer, and voluntary consent without misrepresentation or coercion. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, from the beginning.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights, and, as such, take notice that I revoke, cancel, and make void from the beginning my signature on any and all "contracts," "agreements," "forms," or any "instrument" which may be construed in any way to give any agency or department of any "government" any "authority," "venue," or "jurisdiction" over me.

### REVOCATION OF POWER OF ATTORNEY

I hereby revoke, rescind, cancel, and make void from the beginning, all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to, as it pertains to my "birth certificate," and as it pertains to any and all other numbers, "licenses," "certificates," and other "instruments" issued by any and all "government" and quasi-"governmental" departments or agencies, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty, family and/or property.

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or "gratuity" associated with any instruments." My use of any such numbers, "licenses," "certificates," or other "instruments" has been for information purposes only, and does not grant any "jurisdiction" to anyone.

I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in "law" or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possess allodial title to any and all such property.

Take notice that I also revoke, cancel, and make void from the beginning all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney

pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, "governmental" departments, agencies or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

I, TaMiya Sorrell  do so now correct all documents made under duress and coercion pertaining to the misleading elements in Case Number 18-001743 and Petition #18-002515-NA in which the major important elements is missing. I was told that the Child Protective Services would investigate and I didn't have to worry about the details. When the (Birth Mother) Tasheka Lashunn Sorrell my mom who is an alcoholic and has a gambling addiction resides with my Grandmother (Shiela) because of these issues that have forced my mother to not be able to provide a stable suitable environment for me, at 25100 Schoolcraft Rd Redford Mi , 48239.  Where I havebeen abused and neglected me for a long periods of time.

Around April 2018  I went to school and Teacher's noticed something was wrong, I was sent to the counsler and who notified Officer Keith Cooper of Redford Township Police Dept (School Officer ). As a result  Thurston High School called Child Protective Services. An investigation was under way.

After leaving Highland Park District DHHS with my worker Ms. Pierce on the ride home with my mother i was verbally abused being called a (bitch,Whore,Thot,Disobiendent child, Ungrateful and being told I was going to die young).When arriving home all the clothing my mother had purchased for me was then bagged up she made me take my underwear and bra off and told me to get out of the house knowing I might get beat I immediately left the house .I walked about a half mile and called Elise to call her aunt Amanda . ( Amanda )picked me up from white castle and took me to the police station. Police imformed us to go to Amanda's house  as police were already there with my mother (Tasheka). I was returned to my mother.I didn't call CPS on my mom the school did. I was to afraid to tell the police what happened as the result of Amanda having me with her as I was fearing another beating if I told them.i still don't understand why my mother did this to me I don't know if she was upset about losing money at the casino or what I got cussed out again on the ride back to our house fearful of what would happen once I was back inside the home.

I went to school for the next week with them same clothes on without a winter coat. Because my mother still would not give me back my clothes.and winter coat.For a whole week I ws embarressed and ashamed having to go to school like this.until my friends mother ( Amanda) went and purchased me my winter coat and necessities.

A different day i was with my niece it started raining i called my mother and asked her to pick us. My mother picked up my neice put her in the car.My mother began yelling,cursed and hit me with my sandal in the rain and told me to figure it out seems how i want to call CPS on her. I already know when my mom (Tasheka) says figure it out means I have to be out of the house and away from her.I walked more then a mile awaybarefoot cold and in the rain to O'Reilys auto parts to use the phone to call a friend.i was hurt from being beaten with my sandals in the rain all  i could do was continued to walk and cry,not knowing what to do. Barefoot to Dunkin donuts where I asked to use the phone and they were nice enough to give me food and the lady gave

me her shoes i was picked up by a friends mother  (Amanda ). Who took me to her house let me shower and gave me a change of dry clothes. The police came to Amanda house looking for me and took me back to hell. and another CPS report was made on my behalf by Amanda.

At home i was being yelled at, cursed and ignored as if I didn't exsist ,i could not eat nor sleep because I'm in fear and scared all the time on many days i was told to get out of my home and figure it out. I've been locked out of my home and made to sleep in parks all night being cold alone and scared for my life. I have felt like my life wasn' t worth living. Every time i was forced out of my home or told to get out house and figure it out my mother (Tasheka) would go file a run away report per Ms. Pierce to build a case against me.

Another time the locks were changed when i went to school . I tried the key Amanda tried the key and (Karrissa) another friends parent also tried the key it wouldn't unlock the door it was apparent to all of us the locks were changed.I went back and forth to my home several times throughout the weekend and no one was there. Krrissa or Amanda didnt get a response from my mother or grandmother.I was left to figure it out for 72 hours of being at Amanda house I was able to sleep and have meals and showers not knowning when my mother would show back up. It wasn't until Sunday after 6 pm did my mother make a report i had ran away. She has all  my friends numbers and never once attempted to find me. I don't understand why and how she is this way but my heart is broken all I ever wanted was my mother to love me, spend time with me and to listen as if my words meant something to her.  Again another CPS report was made on my behalf by (Amanda ) who made sure i was safe, comfortable,warm and fed over the weekend.She cared for me like I was a special person and I did mean something.

Another day as i prepared to walk to school my mother simple came outside threw me up against the side of the house and began choking me and threw me on the ground and my 21 yr old brother had to get her off me,i started walking to school without a winter coat and  2 of friends parents ( Amanda ) (Deemeeka ) i know saw and stopped to see if i was alright. Amanda called my grandmother Sheila because of the seen, Grandmother showed up told my mother she was wrong for having me out side with no coat and tAasheka stop putting your hands on me.took me home the only thing my mother wanted to do that day was take me to Juvenile Detention and Vista Maria so I could not stay. she said be done with me. I couldn't comprehend how a parent could just be done with their own child. She said she did not care she did not want me. Because i have no history of problems in school or home they told my mother i couldn't stay. From that point things escalated even more. The school tried to help me and no one ever followed throughout with the investigations the beatings being kicked out of the house and being told to figure it out.

I returned home one night at 830 after a friend  and i did homework and as soon as i walked in to the house my mothercame at me cursing and hit me in my face ,stomach and pulled a knife on me i ran out of the house scared for my life to a gas station where a customer saw me holding my stomach and crying without any shoes on and asked if i needed anything he used his phone called  (Amanda ) .Amanda came to gas station and i called police the parent of a friend (Amanda ) called my Aunt Deon who met me and

officers at my house where they arrested my mother.

Once my mom was released jail. And she returned to the home i was left feeling even more in danger of my life after being told by Ms. Pierce (CPS) my mother didn't want me with my Aunt (Deon) i had to return home.

I have told my CPS worker(Ms. Peirce)  several times i don't feel safe, I am not safe i not, comfortable my nerves or on high I live in constent fear or my mother and family. she told me either i stay here at home or i go to a lock up facility. Why would I have to go to a lock up facility when I am the one being abused,neglect and in fear constinetly?? I never once have felt that the CPS worker Ms. Pierce has had my safety, well-being or best interest as priority. It is as if she is my mother friends and whatever my mom said is what she (Ms. Peice) followed. My mother then lied to my worker and said to put me with my brother's fiance which is actually just his baby's mother where i slept in a bunk bed with other children and  we all went without food.This strange man was in the house but I don't know him.Im feeling scared and shaking not knowing what to do I called Amanda because I was hungry and need food she was out of town but would reach out to Officer cooper thruogh email  regarding the living situation being unsafe.

Then I was returned back to 25100 Schoolcraft Rd. Redford  MI ,48239  with my mother and grandmother it wasn't until my mother first court date. That i was removed from my mother's home. All mailed that came to the house regarding me being supbeona to these hearing for Child Abuse in fourth degree was hidden from me and i was then bribed that if i didn't go to court i could stay in cheerleeding. I wanted to go to court Amanda had been told per CPS worker Ms. Pierce and Ms. Bell Supervisor if i was to have any contact with Amanda she would go to jail. Later on I never found out why Amanda couldnt take me to court. this is how I know this is a conspiercy. I was never told why. Ms Peirce and Ms Bell never told amanda to stay away from me or she would go to jail this is how I know this is a conspiracy between my mom and Cps worker and supervisor.

I have seen my mom physical fight my aunt for trying to stand up for me. I have had to listen to numerous arguments between my mom and grandmother about me all the negitive stuff they say about me they don't even try to whisper they want me to hear to just break me. My mom and my brother's and all the negitive stuff she has to say when someone trys to stand up for me in my family is kind of upset with CPS being involved but I m the one suffering and being let down.

At a football game Amanda asked Officer Cooper about court.  He offered and told Amanda she could take me to court. In which Amanda couldn't be arrested as she hasn't done anything wrong. I was still forced without my consent to remain in unsafe and a

harmful situation. Every time i was forced out of my home or told to go out there and figure it out my mother (Tasheka) would go file a run away report per Ms. Pierce to build a case against me.  Yes, me and my Mother (Tasheka ) were living at 25100 Schoolcraft Rd Redford Mi 48239.

Amanda said she emailed a higher up in Cps about me being in a unsafe and harmful environment.

I then was removed from the home and placed in a foster home with Joan Williams. another girl Summer and i were foster kids in this home the heat was never turned on we were told if we were cold put our coats on. We was yelled at had to stand by and listen to this foster mom (Joan) spew rasicst comments and have been called by her (A Ghetto Black Girl). i also had to watch the other girl try to kill herself by taking pills and then had the person (Joan) who was supposed to provide a safe place put their hands on me in a violent manner and then asked for me to be removed.

I was then sent to a shelter on Grand Blvd. where i refused to give my phone up as this has been the one thing i know if i am in trouble i can call 911 or Amanda and know i will be taken care of by the police or Amnda. Ms. Gaines my foster care worker snatched my personal phone out of my hands. I am pretty sure shes supposed to keep me safe as well which means not putting your hands on me either where is exactly where my mother said she wanted me to be somewhere i feared for my life as if living with her (Tasheka) wasn't enough. The first night i saw a very violent fight, had to witness 3 girls trying to hang themselves on the stairs,watching as my belongings were handed out. But this is CPS looking out for me and my safety.In every situation I have been in I have feared for my safety been alone, scared of what will happen next.

Amanda always tried to help me stay positive and know that I was loved and to contiue holdong my head high as you never let anyone see that they broke you. This is a collabration of coarsion between my mother Ms. Pierce, Ms Bell and Ms. Gaines and I have been abused by a foster parent and a State of Michigan foster care worker.I can't take anymore.

I Tamiya reached out to Amanda to let her know I was safe and I can't take anymore I want to go to school I am falling behind and trying to get emancipated if I had to be in all the situations I have already been in cold,alone,hungry,fearing for my life ,in the dark,abused,neglect by all these people who have promised to protect me and haven't. I can make it on my own.

Amanda has be the light in the dark for me she has always listened and supported me letting me know I wasn't alone and she was there with me. Amanda opened her home,her heart and life to me to assist in the emacipation process and make sure I can finish high school like a normal teenager. I plan on staying in her home until I graduate and go to college at (9171 Riverdale Redford MI, 48239). Where I will be safe and stable I won't have to worry about sleeping in parks or porches where my next meal is going to come from, wearing the same clothes daily or being abused and neglected. My whole

family has turned their backs on me because my mother physically assualst any family member that trys to stick up for me. And on top of all this for 15 years I was lead to believe one man was my father only to find out she doesn't know for sure I just want to be safe,happy healthy and attend counsling and graduate high school.

I was assured by Highland Park Child Protective Services would investigate and I didn't have to worry about the details. The abuse, neglect and failure to provide occurs when the mother Tasheka Sorrell at 25100 Schoolcraft Rd Redforf MI, 48239. by the Highland park CPS shows just how deceptive and performance of an investiagation was never performed.

Child Protective services Highland Park District continues to perpetuate a court case when most important elements are missing. I will not appear or participate in fraud upon the court.

Since CPS highland Park District refuses to document my (Tamiya) abuse complaint and lied to me, files false and incomplete reports and violently snatches and steals my phone from me, my personal property and places me in unsafe harmful environments ,there is no contract. I do not consent to contract with State of Michiagn ,DHHS, Child Protective Services nor it's courts. I Invoke the UCC which states if there is no contract there is No Case!

God has showed me my life is meaningful thru Amanda and with her support and God i know i will be alright finally.MY best friend was placed with Amanda she is a health care professional very involved with the school and activities and it not a stranger.

I declare and give notice now and in the future i have constented to contract with my God given support person Amanda Adams to reside at 9171 Riverdale St Redford MI ,48239 with the person God has sent into my (Tamiya) life that has provided me with Food, clothes , emotional support, keeping me safe, stable I won't have to worry about sleeping in parks or porches where my next meal is going to come from, wearing the same clothes daily or being abused and neglected. I wont have to worrry about kids attempting suicide weather in foster care or with my mother i am still left in the cold not properly cared for.

I just want to be safe,happy healthy and attend counsling and graduate high school. Maintaining my grades in school,  Amanda for coming to my rescue in my time of need when unsafe or in harrm has contacted CPS several times regarding all issues also with Officer Cooper via email throughout this ordeal. And going aßove and beyond to maintain my safety. I know that her and her home are safe as Highland Park District previously saw her home fit for others several times and it is safe,stable, secure , Peaçe and feel with love and cared for and i have suitable living arrangements. It is my religous belief that this is where God wants me or he would not have brought her(Amanda) into my life . I will stay in school maintain good grades and graduate and set short and long term goals for myself with the help of Amanda Adams to be able to obtain them and go to college. I am filing for emancipation from my parents, the state of

michigan as they have violated my rights as a human being , inalienable , Civil,Human Biological, Indigenous , Constitutional, Civil rights.

I affirm that all of the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my inalienable , Civil,Human Biological, Indigenous , Constitutional rights and my specific right not to be bound by any "contract" or "obligation" which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion.

I Tamiya Joy Sorrell declare and decree that i am not subject to any jursidiction except God and it is my relgious belief i am under God's jurisdiction.I declare and decree emancipateted from my parents,The state of Michigan Child Protective services .

I have never entered into any contract with any corporate government knowingly, intentionally, or voluntarily. No such contract could be valid as such a contract would be between unequal parties with no opportunity for negotiation of terms. A valid contract would require the signatures of both parties, valid and valuable consideration, full disclosure of facts, and a meeting of the minds. No such document exists.

ANY and ALL claims of any such adhesion contract being in existence anywhere are based upon a fraud and anyone perpetuating a fraud is guilty of aiding and abetting a fraud as well as perjury of oath.

The use of notary below is for identification only, and such use does not grant any "jurisdiction" to anyone.

FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, and with all rights reserved,

(Printed Name:) _Tamiya Sorrell_____.

Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

Autograph: _Tamiya Sorrell_____

Date: _12 - 10 - 18_____

On this _____day of_____, _____, before me, the undersigned, a Notary Public for _____, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed:_____

Printed Name:_____

Date:_____

Address:_____



## WITNESS STATEMENT AND ACKNOWLEDGEMT

 This sworn declaration under the penalty of perjury is a document that recites fact pertinent to a legal proceeding. I believe that the facts stated in this Sworn Affidavit of Truth are true and correct. I am not related to TaMiya Sorrel by blood or marriage. I physically witnessing the signature of TaMiya Joy Sorrell.

**SIGNATURE OF THE FIRST WITNESS**

Signature *Stovellen Carter*

Printed name *Stovellen Carter*   Date 12/10/18

ADDRESS 20424 Eastwood Dr Harper Woods 48225

**SIGNATURE OF THE SECOND WITNESS**

Signature *Dejeuner Pierce*

Printed name *Dejeuner Pierce*   Date 12/10/18

ADDRESS 13967 Sorrento Detroit, MI 48227

**SIGNATURE OF THE THIRD WITNESS**

Signature *Karnisse Carter Drake*

Printed name *Karnisse Carter-Drake*   Date 12-10-18

ADDRESS 8029 Marlowe Detroit MI, 48228

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Amanda Adams on behalf of minor child T.J.S.

**(b)** County of Residence of First Listed Plaintiff Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

9171 Riverdale
Redford mi 48239

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Amanda Adams   313 635-9597
9171 Riverdale
Redford mi 4823

**DEFENDANTS** Tasheka Sorrell - 25100 Schoolcraft Redford mi 48239
William Ford - unknown
CPS - 13233 Hamilton Ave Highland Park mi 48203
County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:

Case: 2:18-cv-13826
Judge: Drain, Gershwin A.
MJ: Grand, David R.
Filed: 12-10-2018 At 04:31 PM
CMP ADAMS on behalf of TJS v SORREL
L, ET AL (dat)

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* — Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☒ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 12-10-18

SIGNATURE OF ATTORNEY OF RECORD  Amanda Adams

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

## PURSUANT TO LOCAL RULE 83.11

1.　　　　Is this a case that has been previously dismissed?　　　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ No

If yes, give the following information:

Court: _State of mich  3rd District Court_

Case No.: _18-001743_

Judge: _Catchings_


2.　　　　Other than stated above, are there any pending or previously
　　　　　discontinued or dismissed companion cases in this or any other　　☐ Yes
　　　　　court, including state court? (Companion cases are matters in which　☒ No
　　　　　it appears substantially similar evidence will be offered or the same
　　　　　or related parties are present and the cases arise out of the same
　　　　　transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :